# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 27, 2019

## NO. 03-19-00383-CV

**Denise Trauth in Her Official Capacity and Individual Capacity as President of Texas State University, Appellant**

**v.**

**David Wiley, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICES ROSE, TRIANA, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the interlocutory order signed by the trial court on May 24, 2019. Appellee David Wiley has filed a motion to dismiss, and having reviewed the record, the Court agrees that the case should be dismissed. Therefore, the Court grants the motion. We vacate the trial court's order, and we dismiss the case for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.